IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HISENSE USA CORPORATION,<br><br>                             Plaintiff,<br><br>v.<br><br>BRIGHTPLUS VENTURES LLC,<br><br>                             Defendant. | Civil Action No.: 1:22-cv-02774-TCB<br><br>**Jury Trial Demanded** |
| BRIGHTPLUS VENTURES LLC,<br><br>                   Counter-Claim Plaintiff<br><br>v.<br><br>HISENSE USA CORPORATION, HISENSE CO. LTD., HISENSE INTERNATIONAL (HK) CO. LTD., HISENSE VISUAL TECHNOLOGY CO., LTD., and TVS REGZA CORPORATION,<br><br>                   Counter-Claim Defendants. | Civil Action No.: 1:22-cv-02774-TCB<br><br>**Jury Trial Demanded** |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Counter-Claim Plaintiff Brightplus Ventures LLC and Counter-Claim

Defendants Hisense USA Corporation, Hisense Co. Ltd., Hisense International

1

(HK) Co., Ltd., Hisense Visual Technology Co., Ltd., and TVS REGZA Corporation (collectively, "Parties") respectfully move the Court for entry of the attached Stipulated Protective Order.

In support of this Motion, the Parties state that certain discovery materials to be exchanged in this case, including documents, interrogatory answers, deposition testimony and other discovery, will likely contain non-public information, which may constitute trade secret, confidential, proprietary, and/or financial information, or source code.  Accordingly, the parties jointly request that the Court enter the attached Stipulated Protective Order so that any documents containing such information would be treated accordingly.

| Dated:  January 18, 2023 | Dated:  January 18, 2023 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Daniel A. Kent* | By: */s/ Matias Ferrario (w/permission)* |
| Daniel A. Kent | Andrew N. Saul (Ga Bar No. 627607) |
| dankent@kentrisley.com | Kilpatrick Townsend & Stockton LLP |
| Tel: (404) 585-4214 | 1100 Peachtree St. NE, Suite 2800 |
| Fax: (404) 829-2412 | Atlanta, GA 30309 |
| KENT & RISLEY LLC | 404.815.6585 (telephone) |
| 5755 N Point Pkwy Ste 57 | 404.541.4632 (fax) |
| Alpharetta, GA 30022 | asaul@kilpatricktownsend.com |
| | |
| Dmitry Kheyfits | Edward J. Mayle |
| (admitted *pro hac vice*) | (*pro hac vice*) |
| dkheyfits@kblit.com | Kilpatrick Townsend & Stockton |
| Brandon Moore | LLP |

(admitted *pro hac vice*)  
bmoore@kblit.com  
KHEYFITS BELENKY LLP  
108 Wild Basin Road, Suite 250  
Austin, TX 78746  
Tel: 737-228-1838  
Fax: 737-228-1843  

Andrey Belenky  
(admitted *pro hac vice*)  
abelenky@kblit.com  
Hanna G. Cohen  
(admitted *pro hac vice*)  
hgcohen@kblit.com  
KHEYFITS BELENKY LLP  
80 Broad Street, 5th Floor  
New York, NY 10004  
Tel: 212-203-5399  
Fax: 212-203-6445  

*Attorneys for Counter-Claim Plaintiff*  
*Brightplus Ventures LLC*

1400 Wewatta St., Suite 600  
Denver, CO 80202  
303.607.3368 (telephone)  
303.265.9618 (fax)  
tmayle@kilpatricktownsend.com  

Matias Ferrario  
(*pro hac vice*)  
Kilpatrick Townsend & Stockton LLP  
1001 West Fourth Street  
Winston-Salem, NC 27101  
336.607.7475 (telephone)  
336.734.2651 (fax)  
mferrario@kilpatricktownsend.com  

*Counsel for Counter-Claim Defendants*  
*Hisense USA Corporation, Hisense Co. Ltd., Hisense International (HK) Co., Ltd., Hisense Visual Technology Co., Ltd., and TVS REGZA Corporation*

3

## **L.R. 5.1(C) CERTIFICATE OF COMPLIANCE**

Per L.R. 7.1(D), I certify that this pleading was prepared per L.R. 5.1(C) in Times New Roman, 14 point type face.

                                             */s/ Daniel A. Kent*
                                             Daniel A. Kent

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on January 18, 2023, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ *Daniel A. Kent*
Daniel A. Kent